UNITED STATES DISTRICT COURT
For the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAROLYN BROWN<br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.<br>*Defendants.* | C.A. NO.: 4:11-CV-40224-FDS |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter the undersigned as counsel on behalf of the Defendant, Romano Construction Company, Inc.

                        Respectfully submitted
                        The Defendant,
                        Romano Construction Company, Inc.
                        By its attorney,

                        Bonner Kiernan Trebach & Crociata, LLP

                        /s/ Kenneth H. Naide
                        _____
                        Kenneth H. Naide, BBO#: 643213
                        knaide@bonnerkiernan.com
                        200 Portland Street, Suite 400
                        Boston, Massachusetts 02114
                        (617) 426-3900
                        (617) 426-0380 (fax)

## CERTIFICATE OF SERVICE

    I, Kenneth H. Naide hereby certify that this document filed through the ECF system will be sent will be sent by first class mail, postage prepaid on January 31, 2012 to:

Peter M. Van Dyke
Eagan, Donohue, Van Dyke & Falsey, LLP
24 Arapahoe Road
West Hartford, CT  06107

                                            /s/ Kenneth H. Naide
                                            _____

                                            Kenneth H. Naide